# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137779

BEVERLY R. LEE,
      Plaintiff-Appellant,

v

OTIS KNAPP LEE,
      Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137779
COA: 283685
Oakland CC: 2007-644865-DO

On order of the Court, the application for leave to appeal the August 27, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk

s0316